WILLIAM J. SMITH (SBN 056116)
wsmith@wjslawoffice.com
SHELLEY G. BRYANT
sb@wjslawoffice.com
AMANDA B. NEWELL
anewell@wjslawoffice.com
W.J. SMITH & ASSOCIATES
2350 West Shaw Avenue, Suite 132
Fresno, CA  93711
Telephone:  (559) 432-0986
Facsimile:  (559) 432-4871

Attorneys for Plaintiff
FELIPE MONTOYA

DANIEL H. HANDMAN (SBN 236345)
dhandman@cdhklaw.com
AMY A. DURGAN (SBN 245325)
adurgan@cdhklaw.com
CURIALE DELLAVERSON
  HIRSCHFELD & KRAEMER, LLP
2425 Olympic Boulevard
Suite 550 East Tower
Santa Monica, CA  90404
Telephone:  (310) 255-0705
Facsimile:  (310) 255-0986

727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
TIME WARNER TELECOM HOLDINGS INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FELIPE MONTOYA,<br><br>              Plaintiff,<br><br>vs.<br><br>TIME WARNER TELECOM HOLDINGS INC., and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No.  08 CV 00227 AWI DLB<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>DATE:     April 22, 2008<br>TIME:      9:15 a.m.<br>CRTRM:   9<br><br>Complaint Filed:  December 20, 2007 |

In accordance with Local Rule 83-143, Plaintiff Felipe Montoya and Defendant Time Warner Telecom Holdings, Inc. hereby stipulate as follows:

WHEREAS, this matter is currently scheduled to come before the Court on Tuesday, April 22, 2008 at 9:15 a.m., for a Federal Rules of Civil Procedure, Rule 16(b) Scheduling Conference; and

WHEREAS, counsel for Defendant TIME WARNER TELECOM HOLDINGS INC. will be unavailable and out of town due to a religious holiday on the date for which the Scheduling Conference is presently scheduled; and

WHEREAS, counsel for the parties have met and conferred and both are available to attend the Scheduling Conference on April 18, 25 or 28-30;

The parties hereby STIPULATE and respectfully request that the Court reschedule the Scheduling Conference for any of the following dates:  April 18, 25 or 28-30 or other such date as the Court deems appropriate.

Dated: March 5, 2008                                        W.J. SMITH & ASSOCIATES


By:_____/s/_____
William J. Smith
Shelley G. Bryant
Amanda B. Newell

Attorneys for Defendant
FELIPE MONTOYA

Dated: March 6, 2008                                        CURIALE DELLAVERSON HIRSCHFELD
& KRAEMER, LLP


By:_____/s/_____
Daniel H. Handman
Amy A. Durgan

Attorneys for Defendant
TIME WARNER TELECOM HOLDINGS INC.

1

**ORDER**

IT IS HEREBY ORDERED that the Scheduling Conference currently set for April 22, 2008 be continued to 9:15 a.m. on April 28, 2008.

DATED: 13 March 2008        ___/s/ *Dennis L. Beck*_____
                            HONORABLE DENNIS L. BECK
                            UNITED STATES MAGISTRATE JUDGE