1 DANIEL H. HANDMAN (SBN 236345)
   AMY A. DURGAN (SBN 245325)
2 CURIALE DELLAVERSON HIRSCHFELD
      & KRAEMER, LLP
3 2425 Olympic Boulevard
   Suite 550 East Tower
4 Santa Monica, CA  90404
   Telephone:  (310) 255-0705
5 Facsimile:  (310) 255-0986

6 Attorneys for Defendant
   TIME WARNER TELECOM HOLDINGS INC.
7

8                   UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISON

10

11 FILIPE MONTOYA,                          Case No.  1:08-CV-00227-AWI-DLB

12              Plaintiff,                  **STIPULATION TO EXTEND MOTION
                                            FOR SUMMARY JUDGMENT
13 vs.                                      DEADLINES**

14 TIME WARNER TELECOM HOLDINGS             Complaint Filed:     December 20, 2007
   INC.; and DOES 1 through 20, inclusive,
15
                Defendants.
16

17

18         **IT IS HEREBY STIPULATED** by and between Plaintiff Felipe Montoya ("Montoya")

19 and Defendant tw telecom holdings inc. ("TWT") (collectively, the "Parties") that the deadline

20 for either Party to file a Motion for Summary Judgment and all corresponding dates for

21 oppositions, replies and hearings shall be extended by **14 days**.  As set forth below, this brief

22 extension is needed due to a death in the family of Defendant's counsel and an unexpected

23 medical issue that arose with Defendant's counsel's son which will require surgery.

24         The Parties enter into this stipulation and seeks this Order for the following reasons and

25 based on the following facts:

26         1.      Lead counsel for TWT recently experienced an unexpected death in the family,

27 which required him to travel to the East Coast for one week.  Additionally, TWT's lead counsel's

28 son has a serious medical issue that is being addressed by a surgery with a lengthy recovery

                                              1
STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT
DEADLINES - CASE NO. 1:08-CV-00227-AWI-DLB

*Left margin (vertical text):* CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

1 period in February 2009, which will render lead counsel unavailable for any work on this case for

2 at least two weeks.

3     2.    Neither party has requested an extension of any deadlines in this case prior to this

4 request.  The Parties do not expect that any other deadlines in this case – including the dates for

5 the Pretrial Conference and the Trials – should be affected by this requested extension.

6     3.    The Parties agree that a continuation of the deadline to submit a Motion for

7 Summary Judgment/Summary Adjudication of the Issues and Opposition and Reply briefs thereto

8 will not prejudice any of them.

9     **ACCORDINGLY**, the Parties hereby stipulate to extend the deadline to file a Motion for

10 Summary Judgment/Summary Adjudication of **14 days** so that the following dates shall be set:

11     Dispositive Motion Deadline:  February 13, 2009

12     Opposition Deadline (if served electronically): February 27, 2009

13     Reply Deadline: March 11, 2009

14     Hearing: March 16, 2009

15 Dated: January _____, 2009       W. J. SMITH & ASSOCIATES

16

17     By: _____/s/_____

18     Shelley G. Bryant
    Amanda B. Newell

19     Attorneys for Defendant
20     FELIPE MONTOYA

21

22 Dated: January _____, 2009     CURIALE DELLAVERSON HIRSCHFELD
    & KRAEMER, LLP

23

24     By: _____/s/_____

25     Daniel H. Handman
    Amy A. Durgan
26     Attorneys for Defendant
    TIME WARNER TELECOM HOLDINGS
27     INC.

28

2
STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT
DEADLINES - CASE NO. 1:08-CV-00227-AWI-DLB

1   IT IS SO ORDERED:

2

3   Dated:  27 January 2009                      /s/ Dennis L. Beck
                                                 U.S. Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP
ATTORNEYS AT LAW
SANTA MONICA

3

STIPULATION TO EXTEND MOTION FOR SUMMARY JUDGMENT
DEADLINES - CASE NO. 1:08-CV-00227-AWI-DLB