1  DANIEL H. HANDMAN (SBN 236345)
   AMY A. DURGAN (SBN 245325)
2  CURIALE DELLAVERSON HIRSCHFELD
     & KRAEMER, LLP
3  2425 Olympic Boulevard
   Suite 550 East Tower
4  Santa Monica, CA 90404
   Telephone: (310) 255-0705
5  Facsimile: (310) 255-0986

6  Attorneys for Defendant
   tw telecom holdings inc.
7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISON

10

| 11 | FELIPE MONTOYA, | Case No. 1:08-CV-00227-AWI-DLB |
|---|---|---|
| 12 | Plaintiff, | **STIPULATION TO POSTPONE MANDATORY SETTLEMENT CONFERENCE** |
| 13 | vs. | |
| 14 | TIME WARNER TELECOM HOLDINGS INC.; and DOES 1 through 20, inclusive, | Complaint Filed: December 20, 2007 |
| 15 | Defendants. | |

17

18   **IT IS HEREBY STIPULATED** by and between Plaintiff Felipe Montoya ("Montoya")

19   and Defendant Time Warner Telecom Holdings inc. ("TWT") (collectively, the "Parties") that the

20   Mandatory Settlement Conference that is currently scheduled for March 18, 2009 at 10:00 a.m.

21   before Magistrate Judge Dennis L. Beck should be postponed to April 27, 2009 at 10:00 a.m..

22   The Parties enter into this stipulation and seeks this Order because TWT's Motion for

23   Summary Judgment will be heard by the Court on March 16, 2009 at 1:30 p.m. Postponing the

24   Mandatory Settlement Conference to one of the requested dates will give the parties sufficient

25   time, if necessary, to address the effect of the Court's ruling on summary judgment to the parties'

26   settlement positions.

1

STIPULATION TO POSTPONE MSC - CASE NO. 1:08-CV-00227-AWI-DLB

C:\USERS\ADURGA\APPDATA\LOCAL\MICROSOFT\WINDOWS\TEMPORARY INTERNET FILES\CONTENT.OUTLOOK\CNUS4KTL\STIPULATION TO POSTPONE MSC.DOC

**ACCORDINGLY**, the Parties hereby stipulate to postpone the Mandatory Settlement Conference that is currently scheduled on March 18, 2009 at 10:00 a.m. to April 27, 2009 at 10:00 a.m.

Dated: March 9, 2009                                W. J. SMITH & ASSOCIATES

By: /s/
Shelley G. Bryant
Amanda B. Newell

Attorneys for Defendant
FELIPE MONTOYA

Dated: March 9, 2009                                CURIALE DELLAVERSON HIRSCHFELD & KRAEMER, LLP

By: /s/
Daniel H. Handman
Amy A. Durgan
Attorneys for Defendant
tw telecom holdings inc.

IT IS SO ORDERED:

Dated: 10 March 2009                                /s/ *Dennis L. Beck*
Magistrate Judge Dennis L. Beck