IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MONTOYA, ) | NO. 1:08-CV-00227-AWI-DLB |
| ) | |
| Plaintiff, ) | ORDER VACATING |
| ) | MARCH 16, 2009 HEARING |
| v. ) | DATE AND TAKING MATTER |
| ) | UNDER SUBMISSION |
| TIME WARNER TELECOM ) | |
| HOLDINGS, INC., and DOES 1 ) | |
| through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |

Defendants' motion for summary judgment has been set for hearing in this case on March 16, 2009. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 16, 2009, is VACATED, and the parties shall not appear at that time. As of March 16, 2009, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:   March 11, 2009**              /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE