IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE MONTOYA,<br><br>        Plaintiff,<br><br>    v.<br><br>TIME WARNER TELECOM<br>HOLDINGS, INC.; and DOES 1-20,<br>inclusive,<br><br>        Defendants. | NO. 1:08-CV-00227-AWI-DLB<br><br>ORDER VACATING<br>APRIL 3, 2009 PRE-TRIAL<br>CONFERENCE DATE, AND<br>JUNE 2, 2009 TRIAL DATE<br>PENDING COURT'S RULING<br>ON DEFENDANT'S MOTION<br>FOR SUMMARY JUDGMENT |

    Defendant Time Warner Telecom Holding Inc.'s motion for summary judgment was filed on February 13, 2009. The court determined that this matter was suitable for decision without oral argument. Local Rule 78-230(h). The previously set hearing date of March 16, 2009 was vacated, and the matter taken under submission.

    Therefore, pending the court's ruling on Defendant's motion for summary judgment, IT IS HEREBY ORDERED that the previously set pre-trial conference date of April 3, 2009, is VACATED, and the previously set trial date of June 2, 2009, is VACATED, and the parties shall not appear at that time.

IT IS SO ORDERED.

**Dated:   March 25, 2009**                  /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE